**Ventura O. ARELLANO, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 01–3029.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2001.

ORDER

On November 14, 2000, the court issued an order directing "Arellano...to show

cause within 30 days why his petition for review should not be dismissed". The petitioner has failed to respond to that order.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Arellano's petition for review is dismissed.

(2) Arellano's motion for leave to proceed in forma pauperis is moot.

(3) Each side shall bear its own costs.